**Ricardo Gutierrez DEPINERES, Plaintiff–Appellant,**

v.

**Willie SCOTT, Warden; James Brown, Chaplain; Mr. Choates, Assistant Warden Operations; Melvin Lee, Contract Administrator, Defendants–Appellees.**

No. 03–6710.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Ricardo Gutierrez DePineres, Appellant Pro Se. Jason Robert Davis, Kaufman & Canoles, Norfolk, Virginia; Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Ricardo Gutierrez DePineres filed a notice of appeal in his civil rights action, which is pending in the district court. The district court has not yet entered a final order in this case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because the district court has not entered a final order or an appealable interlocutory or collateral order, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*